IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SIMONE SWANIGAN,

      Appellant,

v.

STEVIE SWANIGAN,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5272

_____/

Opinion filed August 24, 2017.

An appeal from the Circuit Court for Okaloosa County.
John "Jay" Gontarek, Judge.

Michael Gates, Cotton & Gates, Shalimar, for Appellant.

Maria G. Rodriguez, Gulf Breeze, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.